**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Raul MACEDO, Defendant–Appellant.**

**No. 13–13774 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

April 29, 2014.

Cherie Krigsman, Arthur Lee Bentley, III, Christopher Francis Murray, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Meghan Ann Collins, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Yvette Clair Gray, Federal Public Defender's Office, Tampa, FL, for Defendant–Appellant.

Before MARCUS, MARTIN and FAY, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Jose Macedo in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent re-

view of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Macedo's conviction and sentence are **AFFIRMED**.